BOULEVARD APARTMENTS, INC., SKYLINE APARTMENTS, INC., GRAND VIEW GARDENS, INC., ALL CORPORATIONS OF THE STATE OF NEW JERSEY, AND SAMUEL A. ZUCKER, PLAINTIFFS-RESPONDENTS, v. BOROUGH OF HASBROUCK HEIGHTS, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued January 13, 1966—Decided January 20, 1966.

Before Judges GAULKIN, LABRECQUE and BROWN.

*Mr. Ralph W. Chandless* argued the cause for appellant (*Messrs. Chandless, Weller & Kramer,* attorneys).

*Mr. Herbert C. Klein* argued the cause for respondents (*Messrs. Krieger & Klein,* attorneys; *Mr. Benedict Krieger* and *Mr. Klein,* of counsel).

PER CURIAM. The judgment is affirmed, substantially for the reasons set forth in the opinion of Judge Schneider in the Law Division. See *Boulevard Apartments, Inc. v. Hasbrouck Heights,* 86 *N. J. Super.* 189 (*Law Div.* 1965).